Timothy D. Cohelan, Esq. (SBN 60827)
Isam C. Khoury, Esq. (SBN 58759)
Michael D. Singer, Esq. (SBN 115301)
Kimberly D. Neilson, Esq. (SBN 216571)
**COHELAN KHOURY & SINGER**
605 C Street, Suite 200
San Diego, California 92101
Telephone: (619) 595-3001
Facsimile: (619) 595-3000

Sahag Majarian, II, Esq., SBN 146621
**LAW OFFICES OF SAHAG MAJARIAN II**
18250 Ventura Blvd.
Tarzana, CA 91356
Phone: (818) 609-0807
Fax:    (818) 609-0892

Attorneys for Plaintiff Yahaira Camacho,
individually and on behalf of others similarly situated

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| YAHAIRA CAMACHO, individually and on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ESA MANAGEMENT, LLC, a Delaware Corporation, and DOES 1 through 100, inclusive, <br><br> Defendants. | CASE NO. EDCV14-01097 PA (SSx) <br><br> **CLASS ACTION** <br><br> **NOTICE OF SETTLEMENT** <br><br><br><br><br><br> Complaint filed:   May 1, 2014 <br> Trial date:   None set |

- 1 -

TO THE COURT, ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Yahaira Camacho ("Plaintiff") and Defendant ESA Management, LLC ("Defendant") (Plaintiff and Defendant are jointly referred to herein as the "Parties"), through their respective counsel of record, have reached a tentative settlement in this instant action.

The Parties were able to resolve all of Plaintiff's individual claims and Plaintiff will execute a release of claims against Defendant.

A ruling has not been made by this Court regarding Plaintiff's pending Motion for Class Certification, a class was not certified, and no notice was sent to a prospective class. Plaintiff respectfully requests that the Court not issue a ruling and remove the pending hearing on the Motion for Class Certification from the calendar. The Motion is currently scheduled to be heard November 3, 2014.

Within Thirty (30) days of this Notice, the Parties will submit a Joint Motion requesting that this instant action be dismissed with Prejudice as to Plaintiff's individual claims and Without Prejudice as to the asserted class claims, pursuant to Federal Rules of Civil Procedure Section 41(a)(2).

Dated: October 22, 2014        **COHELAN KHOURY & SINGER**
                               **LAW OFFICES OF SAHAG MAJARIAN II**


                               By: s/Kimberly D. Neilson
                                   Michael D. Singer, Esq.
                                   Kimberly D. Neilson, Esq.
                               Attorneys for Plaintiff YAHAIRA CAMACHO and the putative class

- 2 -

1

**PROOF OF SERVICE**

2

*Camacho v. ESA Management, LLC*
**U.S.D.C. Case No. EDCV14-01097 PA (SSx)**

3

4

I, Matthew Atlas, declare:

5

I am employed in the County of San Diego, State of California. I am over the

age of 18 and not a party to this action. My business address is 605 "C" Street,

6

Suite. 200, San Diego, CA 92101.

7

On October 22, 2014, I instituted service of the forgoing document(s)

8

described as:

9

**NOTICE OF SETTLEMENT**

10

on the following parties:

11

**Counsel for Defendant**
Lindbergh Porter, Esq.

12

Kai-Ching Cha, Esq.
LITTLER MENDELSON, P.C.

13

650 California Street, 20th Floor
San Francisco, CA 94108-2693

14

Telephone: (415) 433-1940
Facsimile: (415) 399-8490

15

lporter@littler.com
kcha@littler.com

16

**Co-counsel for Plaintiff:**
Sahag Majarian, Esq.
Law Offices of Sahag Majarian II
18250 Ventura Blvd.
Tarzana, CA 91356
Telephone: (818) 609-0807
Facsimile: (818) 609-0892
sahagii@aol.com

17

In the following manner:

18

__x__  Submitting an electronic version of the document(s) via portable

19

document format (PDF) to the court at www.cacd.uscourts.gov/cmecf.

20

Service will be deemed effective as provided for by General Order 10-07

21

of the District Court of California, Central District.

22

I declare that I am employed in the office of a member of the bar of this

23

court at whose direction this service is made.

24

Executed October 22, 2014, at San Diego, California.

25

26

27

Matthew Atlas

28