JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION**

| | |
|---|---|
| YAHAIRA CAMACHO, individually and on behalf of herself and others similarly situated,<br><br>          Plaintiff,<br><br>     vs.<br><br>ESA MANAGEMENT, LLC, a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>          Defendants. | CASE NO. EDCV14-01097 PA (SSx)<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER DISMISSING CLASS ACTION COMPLAINT**<br><br><br><br>Complaint filed:   May 1, 2014<br>Trial date:       None set |

- 1 -

1    Pursuant to the Parties' Stipulation and Joint Motion for Dismissal, and for

2   good cause shown, the Court Orders as follows:

3    1.    The individual claims of Plaintiff against Defendant shall be dismissed

4   in their entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and (2).

5    2.    The class claims against Defendant herein shall be dismissed in their

6   entirety without prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and (2). A ruling has

7   not been made by this Court regarding Plaintiff's pending Motion for Class

8   Certification, a class was not certified, and no notice was sent to a prospective class.

9    3.    Except as otherwise agreed upon, each party shall bear his/her/its own

10   costs and attorneys' fees.

11    IT IS SO ORDERED.

12   DATED: November 5, 2014    _____

13    Hon.  Percy Anderson
    United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DISMISSING ACTION    CASE NO. EDCV14-01097 PA (SSx)